

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2025

No. 04-24-00833-CV

**IN RE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**, Relator

Original Proceeding[1]

## ORDER

On February 4, 2025, relator filed a motion to dismiss its petition for writ of mandamus, stating it considered the issue it raised in its mandamus petition—the trial court's failure to enter a final order—to be resolved with the trial court's entry of a final order.

After considering the motion to dismiss, we **GRANT** the motion and **DISMISS** relator's petition for writ of mandamus.

It is so **ORDERED** on February 19, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of February, 2025.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 2022FLD000613D4, styled *In the Interest of X.R. & M.T., Children*, pending in the 406th Judicial District Court, Webb County, Texas.